**Order filed, April 19, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00253-CR
_____

**NANCY RICHEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 10**
**Harris County, Texas**
**Trial Court Cause No. 1814444**

---

## ORDER

The reporter's record in this case was due **March 23, 2012**, 2012. *See* Tex. R. App. P. 35.1. On **March 29, 2012**, this court ordered **David Fortson** to file the record within 20 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **David Fortson**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are

jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **David Fortson** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM